AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Simms, Gina L. | U.S. District Court, District of Maryland | 07/15/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (FT) | ☐ Nomination Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

United States Courthouse
6500 Cherrywood Lane
Greenbelt, MD 20770

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simms, Gina L. | 07/15/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | �\_\_\_ (salary) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simms, Gina L. | 07/15/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Suntrust Bank | Personal Loan | K |
| 2. Navient | College Loan | N |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simms, Gina L. | 07/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. INDIVIDUAL ASSETS (H) | | | | | | | | | |
| 2. JUSTICE FEDERAL CREDIT UNION (cash) | A | Int./Div. | J | T | | | | | |
| 3. BANK OF AMERICA (cash) | A | Interest | J | T | | | | | |
| 4. SUNTRUST BANK (cash) | A | Interest | J | T | | | | | |
| 5. PNC BANK (cash) | A | Interest | K | T | | | | | |
| 6. WELLS FARGO BANK (cash) | A | Interest | J | T | | | | | |
| 7. TD BANK (cash) | A | Interest | J | T | | | | | |
| 8. NEW YORK LIFE (whole life policy) | A | Int./Div. | K | T | | | | | |
| 9. US TREASURY DIRECT SERIES EE SAVINGS BOND | | None | J | T | | | | | |
| 10. US TREASURY DIRECT SERIES I SAVINGS BOND | | None | K | T | | | | | |
| 11. AMERICAN FUNDS, NEW PERSPECTIVE FUND A (ANWPX) | A | Dividend | J | T | | | | | |
| 12. THE WALT DISNEY COMPANY | A | Dividend | K | T | | | | | |
| 13. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 14. AMERIPRISE INSURED MONEY MARKET (cash) | A | Interest | J | T | | | | | |
| 15. BRISTOL MYERS SQUIB COMPANY (BMY) | | None | J | T | Buy | 11/19/19 | J | | |
| 16. EATON VANCE ATLANTA CAP SMID CAP CL I (EISMX) | B | Dividend | K | T | | | | | |
| 17. IVY SCIENCE AND TECHNOLOGY CL I (ISTIX) | A | Dividend | | | Sold | 11/19/19 | J | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simms, Gina L. | 07/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. EVENTIDE HEALTHCARE & LIFE SCIENCES CL I (ETIHX) | A | Dividend | K | T | | | | | |
| 19. INVESCO OPPENHEIMER INTL SMALL-MID COMPANY CL Y (OSMYX) | A | Dividend | J | T | | | | | |
| 20. TOUCHSTONE SANDS CAP SELECT GROWTH CL Y (CFSIX) (Y) | | | | | | | | | |
| 21. AT&T INC (T) | A | Dividend | J | T | | | | | |
| 22. AMAZON.COM INC (AMZN) | | None | J | T | Buy | 11/19/19 | J | | |
| 23. APPLE INC (AAPL) | A | Dividend | J | T | | | | | |
| 24. DXC TECHNOLOGY CO (DXC) | A | Dividend | J | T | | | | | |
| 25. GENERAL ELECTRIC CO (GE) (Y) | | | | | | | | | |
| 26. MIRCROSOFT CORP (MSFT) | A | Dividend | J | T | Buy | 11/19/19 | J | | |
| 27. MONDELEZ INTL INC COM (MDLZ) | A | Dividend | | | Sold | 04/08/19 | J | B | |
| 28. NORTHROP GRUMMAN CORP (NOC) | A | Dividend | K | T | Buy | 05/06/19 | K | | |
| 29. PGIM TOTAL RETURN BOND CL Z (PDBZX) | A | Dividend | J | T | Buy | 11/19/19 | J | | |
| 30. PGIM HIGH YEILD CL Z (PHYZX) | A | Dividend | J | T | Buy | 11/19/19 | J | | |
| 31. PGIM SHORT TERM CORP BOND CL Z (PIFZX) | A | Dividend | J | T | Buy | 11/19/19 | J | | |
| 32. PROCTOR & GAMBLE CO (PG) | A | Dividend | | | Sold | 04/08/19 | J | B | |
| 33. TAPESTRY INC (TPR) | A | Dividend | J | T | Buy | 06/18/19 | J | | |
| 34. TARGET CORP (TGT) | A | Dividend | | | Sold | 04/08/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simms, Gina L. | 07/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | UNITEDHEALTH GROUP INC (UNH) | A | Dividend | J | T | Buy | 11/19/19 | J | | |
| 36. | VALERO ENERGY CORP (VLO) | A | Dividend | J | T | | | | | |
| 37. | WALMART STORES INC (WMT) | A | Dividend | | | Sold | 06/18/19 | J | B | |
| 38. | RIVERSOURCE LIFE INSURANCE CO RAVA 5 ADVANTAGE VARIABLE ANNUITY (H) | | | | | | | | | |
| 39. | COLUMBIA VP-MNGD VOL GROWTH FD CL 2 | A | Dividend | L | T | | | | | |
| 40. | IRA #1 (H) | | | | | | | | | |
| 41. | AMERIPRISE INSURED MONEY MARKET (cash) | A | Interest | J | T | | | | | |
| 42. | ABB LIMITED (ABB) | A | Dividend | K | T | Buy | 04/24/19 | K | | |
| 43. | APTIV PLC (APTV) | A | Dividend | | | Sold | 04/08/19 | J | | |
| 44. | ALBEMARLE CORP (ALB) | A | Dividend | K | T | Buy (add'l) | 04/24/19 | K | | |
| 45. | ALPHABET INC CL C (GOOG) | | None | J | T | | | | | |
| 46. | ANHEUSER BUSCH (BUD) | A | Dividend | | | Buy | 02/20/19 | J | | |
| 47. | | | | | | Sold | 07/10/19 | J | | |
| 48. | AMAZON COM INC (AMZN) | | None | J | T | | | | | |
| 49. | BAYER A G SPON ADR (BAYRY) | A | Dividend | J | T | | | | | |
| 50. | BIOGEN INC (BIIB) | | None | K | T | Buy | 04/24/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simms, Gina L. | 07/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. BRISTOL MYERS SQUIBB COMPANY (BMY) | A | Dividend | J | T | Buy | 05/06/19 | J | | |
| 52. CHEVRON CORP (CVX) | A | Dividend | J | T | | | | | |
| 53. CISCO SYSTEMS INC (CSCO) | A | Dividend | | | Sold | 04/08/19 | J | | |
| 54. CITIZENS FINANCIAL GROUP INC (CFG) | A | Dividend | J | T | | | | | |
| 55. COCA-COLA COMPANY (KO) | A | Dividend | | | Sold | 06/07/19 | J | | |
| 56. COMCAST CORP CL A NEW (CMCSA) | A | Dividend | J | T | | | | | |
| 57. CREDIT SUISSE GROUP (CS) | A | Dividend | J | T | Buy | 02/20/19 | J | | |
| 58. CVS HEALTH CORP (CVS) | A | Dividend | K | T | Buy | 04/24/19 | K | | |
| 59. DANA INC (DAN) | | None | | | Sold | 02/20/19 | J | | |
| 60. EXPEDIA GROUP INC (EXPE) | A | Dividend | J | T | Buy | 04/24/19 | J | | |
| 61. EXXON MOBIL CORP (XOM) | A | Dividend | J | T | Buy | 07/10/19 | J | | |
| 62. FACEBOOK INC CL A (FB) | | None | J | T | | | | | |
| 63. FASTENAL CO (FAST) | A | Dividend | | | Sold | 04/08/19 | J | | |
| 64. FEDEX CORP (FDX) | A | Dividend | J | T | | | | | |
| 65. FIRST HORIZON NATIONAL CORP (FHN) | A | Dividend | J | T | | | | | |
| 66. GOLDMAN SACHS GROUP INC (GS) | A | Dividend | J | T | | | | | |
| 67. HOME DEPOT INC (HD) | A | Dividend | | | Buy | 02/20/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simms, Gina L. | 07/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. | | | | | Sold | 04/08/19 | J | | |
| 69. INTL BUSINESS MACHINES CORP (IBM) | A | Dividend | J | T | | | | | |
| 70. INTERNATIONAL PAPER COMPANY (IP) | A | Dividend | J | T | | | | | |
| 71. JPMORGAN CHASE & CO (JPM) | A | Dividend | | | Sold | 11/19/19 | J | | |
| 72. JOHNSON & JOHNSON (JNJ) | A | Dividend | | | Sold | 04/08/19 | J | | |
| 73. MERCK & COMPANY INC NEW (MRK) | A | Dividend | | | Sold | 04/08/19 | J | | |
| 74. ORANGE SPONS ADR (ORAN) | A | Dividend | J | T | | | | | |
| 75. PFIZER INC (PFE) | A | Dividend | J | T | | | | | |
| 76. PROCTER & GAMBLE CO (PG) | A | Dividend | | | Sold | 04/08/19 | J | | |
| 77. PRUDENTIAL FINANCIAL INC (PRU) | A | Dividend | J | T | | | | | |
| 78. REGENERON PHARMACEUTICALS INC (REGN) | | None | J | T | | | | | |
| 79. ROYAL DUTCH SHELL PLC (RDS/A) | A | Dividend | | | Buy | 04/24/19 | K | | |
| 80. | | | | | Sold | 11/19/19 | J | | |
| 81. SCHLUMBERGER LTD (SLB) | A | Dividend | J | T | Buy | 04/24/19 | K | | |
| 82. 3M COMPANY (MMM) | A | Dividend | | | Sold | 11/19/19 | J | | |
| 83. TOTAL S A SPON ADR (TOT) | A | Dividend | J | T | | | | | |
| 84. UNITED PARCEL SERVICE INC CL B (UPS) | A | Dividend | | | Sold | 04/08/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simms, Gina L. | 07/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. VERIZON COMMUNICATIONS INC (VZ) | A | Dividend | | | Sold | 04/08/19 | J | | |
| 86. WESTPAC BANKING CORP SPON ADR (WBK) | A | Dividend | J | T | | | | | |
| 87. IRA #2 (H) | | | | | | | | | |
| 88. AMERIPRISE INSURED MONEY MARKET (cash) | A | Interest | K | T | | | | | |
| 89. AMERICAN FUNDS, CAPITAL WORLD GROWTH & INCOME CL F2 (WGFIX) | A | Dividend | | | Sold | 11/19/19 | J | | |
| 90. AMERICAN FUNDS, FUNDAMENTAL INVESTORS CL F2 (FINFX) | A | Dividend | | | Sold | 11/19/19 | J | | |
| 91. AMERICAN FUNDS, GROWTH FUND OF AMERICA CL F2 (GFFFX) | | None | | | Sold | 11/19/19 | K | | |
| 92. AMERICAN FUNDS, INVESTMENT COMPANY OF AMERICA CL F2 (ICAFX) | A | Dividend | | | Sold | 11/19/19 | J | | |
| 93. AMERICAN FUNDS, NEW ECONOMY CL F2 (NEFFX) | | None | | | Sold | 11/19/19 | K | | |
| 94. AMERICAN FUNDS, NEW PERSPECTIVE CL F2 (ANWFX) | | None | | | Sold | 11/19/19 | J | | |
| 95. AMERICAN FUNDS, SMALLCAP WORLD CL F2 (SMCFX) | | None | | | Sold | 11/19/19 | J | | |
| 96. BLACKROCK MID CAP GROWTH EQUITY INST CL (CMGIX) | A | Dividend | J | T | Buy | 11/19/19 | J | | |
| 97. DELAWARE SMALL CAP CORE CL I (DCCIX) | A | Dividend | J | T | Buy | 11/19/19 | J | | |
| 98. FIDELITY ADVISOR INTL CAP APPREC CL I (FCPIX) | A | Dividend | J | T | Buy | 11/19/19 | J | | |
| 99. MFS INTL DIVERSIFICATION CL I (MDIJX) | A | Dividend | J | T | Buy | 11/19/19 | J | | |
| 100. PGIM TOTAL RETURN BOND CL Z (PDBZX) | A | Dividend | J | T | Buy | 11/19/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simms, Gina L. | 07/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 101.  PGIM HIGH YIELD CL Z (PHYZX) | A | Dividend | J | T | Buy | 11/19/19 | J | | |
| 102.  PGIM SHORT TERM CORP BOND CL Z (PIFZX) | A | Dividend | J | T | Buy | 11/19/19 | J | | |
| 103.  INVESCO QQQ ETF (QQQ) | A | Dividend | J | T | Buy | 11/19/19 | J | | |
| 104.  SPDR S&P 500 ETF (SPY) | | None | J | T | Buy | 11/19/19 | J | | |
| 105.  SPDR DOW JONES INDUSTRIAL AVERAGE ETF (DIA) | | None | J | T | Buy | 11/19/19 | J | | |
| 106.  401(k) #1 (H) | | | | | | | | | |
| 107.  AMERICAN FUNDS EUROPACIFIC GROWTH FUND CLASS R6 | | None | K | T | | | | | |
| 108.  VANGUARD INSTITUTIONAL 500 INDEX TRUST | | None | M | T | Sold (part) | 05/15/19 | J | | |
| 109. | | | | | Sold (part) | 11/15/19 | J | | |
| 110.  HOTCHKINS & WILEY SMALL CAP VALUE FUND DLASS I | | None | K | T | Buy (add'l) | 08/15/19 | J | | |
| 111. | | | | | Sold (part) | 11/15/19 | J | | |
| 112.  DODGE & COX INTERNATIONAL STOCK FUND` | | None | K | T | Sold (part) | 11/15/19 | J | | |
| 113.  VANGUARD EXPLORER FUND ADMIRAL | | None | K | T | | | | | |
| 114.  VANGUARD HIGH YIELD CORP FUND ADMIRAL CLASS | | None | K | T | Buy (add'l) | 11/15/19 | J | | |
| 115. | | | | | | | | | |
| 116.  VANGUARD INSTITUTIONAL TOTAL BOND MARKET INDEX TRUST | | None | K | T | Sold (part) | 08/15/19 | J | | |
| 117. | | | | | Buy (add'l) | 11/15/19 | J | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 118.  BLACKROCK LIQUIDITY FUNDS FED FUND CLASS INSTITUTIONAL | | None | K | T | Buy (add'l) | 11/15/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simms, Gina L. | 07/15/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gina L. Simms**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544